**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                        **CASE NO.: 10-09488-JAF**

 **ALVA V. ARRINGTON**

      **Debtor.**

_____/

___X____    **Chapter 13 Plan**            _____    **Amended Chapter 13 Plan**

         COMES NOW, the Debtor and files this Chapter 13 Plan.  The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

**Payment Number by months**            **Amount of Monthly Plan payment**

**1- 47 (November, 2010 – October, 2014)**            **$1,000.00**
**48-60  (November, 2014 – October, 2015)**            **$1,500.00**

         The Debtor shall pay by **money order**, **cashier's check** or **wage deduction**,  to Douglas W. Neway, Chapter 13 Standing Trustee, P.O. Box 2079, Memphis, Tennessee 38101-2079. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| **Attorney Name** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| **Johnson Law Firm, P.A.** | **$3,000.00** | **$300.00** | **1-5** |
|  |  | **$125.00** | **6-17** |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **Internal Revenue Service** | **$2,200.00** | **$100.00** | **18-39** |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **Acceptance Loan Company (600 Rosedon Drive Montgomery, AL 36116)** | **$24,883.32** | **$488.51** | **1-60** |
| **World Omni (2008 Toyota Camry)** | **$14,253.00 @5%** | **$100.00** **$284.00** **$302.20** | **1-5** **6-59** **60** |
| **Montgomery County, AL Tax Collector** | **$0.00** | **(No balance at time of filing, future payments to be paid outside plan)** | |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **N/A** | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **N/A** | | | |

**Property to Be Surrendered:**

| Creditor Name: | Property Address: |
|---|---|
| **N/A** | |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**N/A**

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

**N/A**

**The following Executory Contracts are rejected**:

| Name of Creditor: | Description of Collateral: |
|---|---|

**N/A**

**Liens to by Avoided pursuant to 11 U.S.C. Section 522(f):**

**N/A**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Property of the Estate revests in the Debtor upon confirmation of the plan.

## Other Provisions: N/A

Respectfully submitted,

JOHNSON LAW FIRM, P.A.

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq.
Florida Bar No. 0032105
300 W. Adams Str. Ste. 350
Jacksonville, Florida 32202
Telephone: 904-652-2400
Facsimile: 904-652-2401
Email: ehj@johnsonlawpa.com